IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CLAUDIA PORTILLO<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Maryland 20910<br><br>And Behalf of Herself and<br>Others Similarly Situated<br><br>PLAINTIFF,<br><br>v.<br><br>TANDOORI NIGHTS, LLC<br>7137 Little River Turnpike<br>Annandale, Virginia 22003<br><br>SERVE: Amjad Khanzada<br>3813 Tall Oak Court<br>Annandale, Virginia 22003<br><br>DEFENDANT | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* Case No:<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COLLECTIVE ACTION COMPLAINT

Plaintiff Claudia Portillo ("Plaintiff"), by and through undersigned counsel, on behalf of himself and all other similarly situated individuals, hereby submits her Collective Action Complaint against Defendant Tandoori Nights, LLC ("Defendant"), to recover unpaid wages, liquidated damages, reasonable attorney's fees and costs under Section 16(b) of the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.* (hereinafter "FLSA") as set forth below.

### PARTIES AND JURISDICTION

1. Plaintiff is an adult resident of the Commonwealth of Virginia and by acting as named plaintiff in this action does hereby affirm her consent to participate as a plaintiff and a collective action class member in an action under the FLSA and for relief as set forth herein.

2. Defendant is a limited liability company formed under the laws of the Commonwealth of Virginia.

3. At all times relevant to this action, Defendant has operated as a restaurant serving a blend of authentic Indian and Mexican food and also operating as a night club featuring music, dancing, and karaoke.

4. At all times relevant to this action, Defendant had gross annual revenues exceeding $500,000.00.

5. At all times relevant to this action, Defendant used in its business operations goods and materials (in particular food, drinks, and streaming music) that were used and handled by Plaintiff and other employees in the course of their work duties that originated from outside the Commonwealth of Virginia and otherwise passed through interstate commerce for the purpose of use in commerce.

6. At all times, Defendant legally qualified as Plaintiff's employer under FLSA.

7. Jurisdiction and Venue is proper in this Court because it is predicated upon a Federal Question and more specifically Plaintiff's cause of action against Defendant seeking relief under the FLSA arising out of acts and omissions occurring primarily in and around Annandale, Virginia.

## FACTS

8. Plaintiff - - often using the pseudonym "Fabrica" - - was employed as a waitress at the Defendant's Tandoori Nights Restaurant and Bar for the period of about June 2017 through about March 2018 (about 42 weeks).

9. While employed, the exact number of hours Plaintiff worked varied from week to week.

10. Typically, Plaintiff worked at or about thirty (30) to forty (40) hours per week.

11. While employed, Defendant paid Plaintiff no wages at all.

12. At no time did Defendant pay Plaintiff direct wages at an hourly rate equal to or above the Federal Minimum Wage ($7.25 per hour).

13. At no time did Defendant pay Plaintiff direct wages at an hourly rate equal to or above the FLSA "tip credit" rate of $2.13 per hour.

14. At all times, the only money Plaintiff received for performing employment work duties at Defendant's restaurant and bar was in the form of tips received directly from Defendant's customers.

15. In relation to paying (or failing to pay) Plaintiff, at no time did Defendant comply with any of the FLSA "tip credit" requirements set forth in the FLSA; 29 USC § 203(m).

16. Defendant now owes Plaintiff unpaid minimum wage compensation in the amount of about $12,500.00, plus FLSA statutory liquidated damages in an equal amount to her unpaid wages, plus recovery of attorney's fees and costs.

## COLLECTIVE ACTION ALLEGATIONS

17. During the time period 2017 through the present, Defendant employed and continues to employ more than twenty (20) waitresses at its Tandoori Nights Restaurant and Bar in Annandale, Virginia.

18. Pursuant to its common and class-wide practice, during the time period 2017 through the present, Defendant has paid no wages for hours worked to any of its waitresses at its Tandoori Nights Restaurant and Bar in Annandale, Virginia.

19. Pursuant to its common and class-wide practice, during the time period 2017 through the present, Defendant failed to pay its waitresses at its Tandoori Nights Restaurant and

Bar in Annandale, Virginia direct wages at an hourly rate equal to the Federal Minimum Wage ($7.25 per hour).

20. Pursuant to its common and class-wide practice, during the time period 2017 through the present, Defendant failed to pay its waitresses at its Tandoori Nights Restaurant and Bar in Annandale, Virginia direct wages at an hourly rate equal to the "tip credit" rate of $2.13 per hour.

21. Pursuant to its common and class-wide practice, during the time period 2017 through the present, the only money waitresses a Defendant's Tandoori Nights Restaurant and Bar in Annandale, Virginia received for performing employment work duties at Defendant's restaurant and bar was in the form of tips received directly from Defendant's customers.

22. For the time period 2017 through the present, in relation to paying (or failing to pay) waitresses at Defendant's Tandoori Nights Restaurant and Bar, at no time did Defendant comply with any of the "tip credit" requirements set forth in the FLSA; 29 USC § 203(m).

23. As a consequence of Defendant's common and class-wide FLSA minimum wage violation Defendant now owes each waitress that performed duties at Defendant's Tandoori Nights Restaurant and Bar in Annandale Virginia during the period 2017 through the present (1) unpaid FLSA minimum wage compensation; (2) FLSA statutory damages in an equal amount to their unpaid wages; and (3) recovery of their attorney's fees and costs.

## CAUSES OF ACTION
### (Violation of Federal Fair Labor Standards Act)

24. Plaintiff re-alleges and reasserts each and every allegation set forth above as if each were set forth herein.

4

25. As set forth above, during the time period June 2017 through March 28, Defendant employed Plaintiff as a waitress at its Tandoori Nights Restaurant and Bar in Annandale, Virginia.

26. As set forth above, during the time period 2017 through the present, Defendant employed more than twenty (20) other waitresses at its Tandoori Nights Restaurant and Bar in Annandale, Virginia.

27. During the period of their employment, Defendant directed Plaintiff and other waitresses to perform food and drink serving and related employment work duties primarily for Defendant's benefit at Defendant's Tandoori Nights Restaurant and Bar in Annandale, Virginia.

28. During the period of their employment, Defendant tracked and had actual knowledge and records of all hours Plaintiff and other waitresses worked at Defendant's Tandoori Nights Restaurant and Bar in Annandale, Virginia.

29. During the period of their employment, Defendant paid no direct wages to Plaintiff or any other waitresses as compensation for performing food and drink serving and related employment work duties primarily for Defendant's benefit at Defendant's Tandoori Nights Restaurant and Bar in Annandale, Virginia.

30. During the period of their employment, Defendant failed to pay Plaintiff and all other waitresses at or above the Federal Minimum Wage Rate for performing food and drink serving and related employment work duties primarily for Defendant's benefit at Defendant's Tandoori Nights Restaurant and Bar in Annandale, Virginia.

31. At all times, Defendant had actual knowledge of the FLSA wage payment requirements and specifically had actual knowledge that Plaintiff and all other waitresses at the

Tandoori Nights Restaurant and Bar in Annandale, Virginia should have been paid wages at or above the Federal Minimum Wage Rate.

32.   Defendant's failure to pay Plaintiff and all other waitresses minimum wage compensation at or about the Federal Minimum Wage Rate was with actual knowledge of illegality and was not a product of good faith or objectively reasonable mistake.

WHEREFORE, Defendant is liable to Plaintiff and each opt-in Plaintiff in the amount of all unpaid wages due and owing in an amount to be proven at trial, plus an equal amount in FLSA liquidated damages, interest (both pre- and post-judgment), reasonable attorney's fees, the costs of this action, and any other further relief the Court deems appropriate.

Respectfully submitted,

_____
Gregg C. Greenberg, VA Bar No. 79610
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiff*