IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CLAUDIA PORTILLO | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case No: 1:18-cv-00475-LO-TCB |
| | * |
| TANDOORI NIGHTS, LLC | * |
| | * |
| DEFENDANT | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE

1. The parties, at arm's-length, reached a mutual agreement fully resolving all claims raised the above referenced matter. *See* Signed Settlement Agreement Attached.

2. In that no further dispute exists for Court adjudication, Plaintiff requests the Court dismiss this matter, with prejudice.

3. To avoid additional attorney's fees and costs, Plaintiff requests the Court waive the need for hearing on this request.

                                                                                      Respectfully submitted,

                                                                               /s/ Gregg C. Greenberg_____
                                                                      Gregg C. Greenberg, VA Bar No. 79610
                                                                      Zipin, Amster & Greenberg, LLC
                                                                      8757 Georgia Avenue, Suite 400
                                                                      Silver Spring, Maryland 20910

                                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

On this 18th day of June, 2018, a copy of this Motion and Proposed Order was served on Defendant's Virginia Registered Agent:

Amjad Khanzada
3813 Tall Oak Court
Annandale, Virginia 22003

                                                                               /s/ Gregg C. Greenberg_____
                                                                               Gregg C. Greenberg