IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| CLAUDIA PORTILLO | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No: 1:18-cv-00475-LO-TCB |
| | * | |
| TANDOORI NIGHTS, LLC | * | |
| | * | |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF DISMISSAL AND APPROVAL OF THE SETTLEMENT AGREEMENT**

The Court, in consideration of the representation of Plaintiff, through counsel, in her Motion for Voluntary Dismissal, with Prejudice, and upon review and consideration of the parties' executed written Settlement Agreement submitted therewith, the Court hereby:

1. **GRANTS** the Motion and **APPROVES** the Settlement Agreement as fair and reasonable; and

2. By approving the Settlement Agreement, the Court **ORDERS** that all claims at issue in this matter are hereby **DISMISSED WITH PREJUDICE**; and

3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

July 6, 2018

/s/ 
_____
JUDGE, UNITED STATES DISTRICT COURT
United States District Judge